USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/31/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TASHIKA STURKEY and JORDAN STURKEY,

    Plaintiffs,

v.

JOE HASKELL SMITH, JR. and WIZ TRANS LLC,

    Defendants.

No. 19-CV-1999 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's conference, the deadline to complete discovery is hereby extended to May 22, 2020. The parties shall appear for a post-discovery conference on May 29, 2020 at 11 A.M.

SO ORDERED.

Dated:    January 31, 2020
          New York, New York

Ronnie Abrams
United States District Judge