**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 7/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TASHIKA STURKEY and JORDAN STURKEY,

                Plaintiffs,

v.

JOE HASKELL SMITH, JR. and WIZ TRANS LLC,

                Defendants.

No. 19-CV-1999 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On May 22, 2020, the Court extended the parties' deadline to complete discovery and ordered the parties to submit a joint status letter no later than July 17, 2020. Dkt. 21. The parties have not yet filed the joint status letter. They shall do so no later than July 22, 2020.

In addition, the post-discovery conference scheduled for July 24, 2020 at 12 PM is hereby converted to a telephone conference. The parties shall call 888-363-4749 and enter the access code 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    July 21, 2020
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge